IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BILLIE JEAN VERDI,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:12-CV-488(MTT) |
| ) | |
| **WILKINSON COUNTY, GEORGIA,** ) | |
| **JOHN W. ROBERTS,** *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Petitioner's motion for leave to appeal in forma pauperis. (Doc. 23). The Court previously granted the Petitioner's motion to proceed in forma pauperis in the district court action. (Doc. 8). In that order, the Court also dismissed the Petitioner's claim because it was frivolous and failed to state a claim upon which relief could be granted. (Doc. 8). For the following reasons, the Petitioner's motion is **DENIED**.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." Furthermore, Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides: "A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless: (A) the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith . . . ."

For the reasons set forth in the Court's order dismissing the Petitioner's claim as frivolous, the Court finds that an appeal from that order cannot be taken in good faith. (Doc. 8).  Even in light of the less stringent pleading standard for pro se plaintiffs, the Petitioner's complaint failed to state any cognizable legal claim upon which relief could be granted.  Therefore, the Court certifies that the Petitioner's appeal is not taken in good faith, and her motion is **DENIED**.

**SO ORDERED**, this 27th day of August, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT